**FILED**
**United States Court of Appeals**
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**July 26, 2017**

**Elisabeth A. Shumaker**
**Clerk of Court**

---

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

SHANE COX,

    Defendant - Appellant.

------------------

STATE OF KANSAS,

    Intervenor - Appellant.

No. 17-3034
(D.C. No. 6:15-CR-10150-JTM-1)
(D. Kan.)

---

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

JEREMY KETTLER,

    Defendant - Appellant.

------------------

STATE OF KANSAS,

    Intervenor - Appellant.

No. 17-3035
(D.C. No. 6:15-CR-10150-JTM-2)
(D. Kan.)

---

**ORDER**

These matters are before the court on the government's *Motion to Consolidate Cases and Briefs*. The government states that counsel for defendants-appellants Shane Cox and Jeremy Kettler do not oppose the relief requested, but does not include a statement of the position of intervenor-appellant the State of Kansas.

Upon consideration, the court grants the motion, in part, as modified and further described below:

- The court will not formally consolidate Appeal Nos. 17-3034 and 17-3035, but will consider them as "companioned" cases that will be separately submitted to the same judicial panel for oral argument (if appropriate) and decision.

- The opening briefs in Appeal No. 17-3034 remain due on August 21, 2017.

- The court grants the government's request to file a single response brief that addresses all issues in both cases, *see* 10th Cir. R. 31.2, and, as a consequence, grants the government's request for an extension of time to file its response brief in Appeal No. 17-3035. The government's brief will be due thirty (30) days after service of the latest-filed opening brief in Appeal No. 17-3034—regardless whether that be the opening brief of Mr. Cox or of the State of Kansas. Fed. R. App. P. 31.The government's brief must bear both case numbers and captions. *Id.* The government is directed to include in its brief citations to both the record in Appeal No. 17-3034 and to the appendix in Appeal No. 17-3035. *See* 10th Cir. R. 28.1

- In filing its opening brief in Appeal No. 17-3034, the State of Kansas may adopt by reference all or any portion of its opening brief in Appeal No. 17-3035 and is strongly encouraged to refrain from repeating arguments it has already made.

- Messrs. Cox and Kettler may file separate reply briefs or join in a single reply brief. The reply briefs for both Messrs. Cox and Kettler and for the State of Kansas shall be due 14 days after service of the government's brief. *See* Fed. R. App. P. 31.

Entered for the Court
ELISABETH A. SHUMAKER, Clerk

by: Lisa A. Lee
    Counsel to the Clerk